# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 19-29348M |
| Norberto Antonio Orellana-Henriquez | Citizenship: EL SALVADOR |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
COUNT 1: On or about May 31, 2019, at or near Vamnos, Arizona, in the District of Arizona, Norberto Antonio ORELLANA-Henriquez, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Alexandria, La on 01/25/2019, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326. COUNT 2: On or about May 31, 2019, at or near Sasabe, Arizona, in the District of Arizona, Norberto Antonio ORELLANA-Henriquez, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

Norberto Antonio ORELLANA-Henriquez is a citizen of El Salvador. On 01/25/2019, Norberto Antonio ORELLANA-Henriquez was lawfully denied admission, excluded, deported, and removed from the United States through Alexandria, La. On May 31, 2019, agents found Norberto Antonio ORELLANA-Henriquez in the United States at or near Vamnos, Arizona. Norberto Antonio ORELLANA-Henriquez did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States. On or about May 31, 2019, agents found Norberto Antonio ORELLANA-Henriquez in the United States of America at or near Vamnos, Arizona without the proper immigration documents. Furthermore, Norberto Antonio ORELLANA-Henriquez admitted to illegally entering the United States of America from Mexico on or about May 31, 2019, at or near Sasabe, Arizona at a time and place other than designated by immigration officials.

File Date: 06/03/2019

at Tucson, Arizona

Andrew Carpenter, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 06/03/2019

**Maria S. Davila**
**Magistrate Judge**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                    CASE: 19-29348M

vs.

Norberto Antonio Orellana-Henriquez

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Norberto Antonio Orellana-Henriquez, was represented by counsel, Raul Miranda (CJA).

The defendant pled guilty to Ct(s) 2 of the Complaint on 06/03/2019. Accordingly, Ct(s) 1 of the Complaint is dismissed and the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 05/31/2019 |

As pronounced on 06/03/2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of SEVENTY-FIVE (75) DAYS WITH CREDIT FOR TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Monday, June 03, 2019.

Maria S. Davila
Magistrate Judge

Arresting Agency: TCA

| UNITED STATES DISTRICT COURT | JUDGE'S MINUTES |
|---|---|
| DISTRICT OF ARIZONA - TUCSON | |

Date: 06/03/2019  Case Number: 19-29348M

USA vs. **Norberto Antonio Orellana-Henriquez**
Magistrate Judge: MARIA S. DAVILA    Judge AO Code: 70CG
ASSIGNED U.S. Attorney: Christopher Lewis
INTERPRETER REQ'D: Carlos Arvizu, Spanish
Attorney for Defendant: Raul Miranda (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense    [X] Date of Arrest: **05/31/2019**
[X] Arr/Plea of Guilty entered as to Ct(s) 2 OF THE COMPLAINT [X] Ct(s) 1 OF THE COMPLAINT to be dismissed upon entry of judgment.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of **SEVENTY-FIVE (75) DAYS WITH CREDIT FOR TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Pursuant to the plea agreement, there being no objection by the deft/atty for the defendant IT IS ORDERED that the Complaint/Ct(s) 1 be dismissed.
[X] Defendant advised of appeal rights.
[X] Waiver of right to appeal explained.

OTHER:    Raul Miranda (CJA) is appointed as attorney of record for defendant.

Recorded by Courtsmart    COP: 1
BY: Silvia Guzman          Sent: 0
      Deputy Clerk          IA: 0
      Start: 1:32 pm Stop: 3:01 pm